ROTAN GROCERY CO. v. WEST.

In re STAR GROCERY CO.

(Circuit Court of Appeals, Fifth Circuit. December 15, 1917.)

No. 3125.

BANKRUPTCY ⬤⟶169—PREFERENCE—SET-OFF.
    A creditor receiving an illegal preference is not entitled to have the amount due from the bankrupt set off against such preference.

Appeal from District Court of the United States for the Western District of Texas; Duval West, Judge.

In the matter of the bankruptcy of the Star Grocery Company. Petition by Frank T. West, trustee, for reconsideration of the order allowing the claim of the Rotan Grocery Company. The referee sustained the contest and expunged its claim from the record, and the Rotan Grocery Company, claimant, petitioned for review. From a de-

cree of the court, sustaining the order of the referee, the claimant appeals.   Affirmed.

J. D. Williamson, of Waco, Tex., for appellant.

John W. Davis, of Waco, Tex. (Davis & Cocke, of Waco, Tex., on the brief), for appellee.

Before WALKER and BATTS, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We are of opinion that the evidence adduced well supported the conclusions that the transfer made by the bankrupt to the appellant a few days before the petition in bankruptcy was filed was a payment on an account which then no longer was an open one, and was made under such circumstances as to constitute it an illegal preference, with the result that the appellant was not entitled to have what was owing to it from the bankrupt set off against the payment so made. Mechanics' Bank v. Ernst, 231 U. S. 60, 34 Sup. Ct. 22, 58 L. Ed. 121. The complaint against the decree appealed from is not sustainable.

That decree is affirmed.